NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3093

JEWEL MARSHALL-MOSBY,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH0752080296-I-1.

ON MOTION

ORDER

Jewel Marshall-Mosby moves without opposition for leave to file her corrected reply brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Marshall-Mosby's corrected reply brief is due within 14 days of the date of filing of this order.

FOR THE COURT

AUG 2 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Ratowitz, Esq.
    Jeffrey D. Klingman, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 27 2009

JAN HORBALY
CLERK